IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRESTON ALONZO HOWELL,

    Petitioner,                  No. CIV S-07-2536 LEW GGH P

    vs.

M. SHEPARD,

    Respondent.                ORDER

_____/

        Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief in the same matter.[1] (No. CIV S-02-1376 GEB JFM P.) Pursuant to Local Rule 81-190(d), the above-captioned action will be reassigned to the Judge and Magistrate Judge who considered the prior petition.

        The parties should be aware that reassigning this action under Local Rule 81-190(d) merely has the result that the action is assigned to the Judge and Magistrate Judge who considered the prior petition; no consolidation of the actions is effected.

/////

/////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. This action is reassigned to Judge Burrell and Magistrate Judge Moulds for all
3 further proceedings; henceforth, the caption on documents filed in this action shall be shown as
4 No. CIV S-07-2536 GEB JFM P; and

5       2. The Clerk of the Court shall make appropriate adjustment in the assignment of
6 civil cases to compensate for this reassignment.

7 DATED: 02/27/08       /s/ Gregory G. Hollows

8       UNITED STATES MAGISTRATE JUDGE

9 how2536.190